UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-518-H

KAREN BLOOM                                                                                        PLAINTIFF

V.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY                                                                     DEFENDANT

**MEMORANDUM AND ORDER**

Defendant, Hartford Life and Accident Insurance Company, has moved to dismiss Plaintiff's state common law and statutory claims and request for punitive, emotional distress or extra-contractual damages. ERISA does preempt state law claims and remedies arising from or related to employee benefit plans. *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987). The parties are in the process of briefing the issues arising from Defendant's denial of Plaintiff's ERISA claims. The state law claims must be dismissed. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion is SUSTAINED and Plaintiff's state common law and statutory claims and Plaintiff's claim for punitive and emotional distress damages are hereby DISMISSED in their entirety WITH PREJUDICE.

cc:	Counsel of Record