UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-518-H

KAREN BLOOM                                                PLAINTIFF

V.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY                                 DEFENDANT

**MEMORANDUM OPINION AND ORDER**

On July 2, 2007, this Court held that Defendant's denial of Plaintiff's request for long-term disability benefits was arbitrary and capricious and that she was entitled to her benefits immediately, without any additional administrative proceedings. Defendant now argues that the case should be remanded for a further administrative review as to whether Plaintiff was eligible to receive any benefits based on her employment status. This is not an altogether unreasonable suggestion. Under these circumstances, however, the Court will decline to issue such an order.

A claimant's eligibility for benefits should be the first issue that a benefits provider determines. If a claimant is ineligible for benefits, determining whether she is disabled provides only a secondary rationale. Nevertheless, Defendant says that it has never addressed whether Plaintiff was eligible for benefits in February or March of 2004, when she claims that her disability began.

This Court concludes that Defendant had sufficient information available to determine whether Plaintiff was eligible for benefits as a full-time employee between 2002 and 2005. It

appears to the Court that Defendant considered this defense as to the 2002 period and the evidence thereafter does not support the defense.

As a general rule, an ERISA fiduciary should state all the reasons it has for denying a claim, otherwise the claimant is subject to continued reviews and no finality. The same rationale certainly applies to a claimant. They must present all the grounds for their claim. If one fails, they do not receive a second chance. This seems a fair rule for both sides. Sometimes there are sound reasons for a remand, such as when the Court announces a standard of analysis or when the computation of benefits remains at issue. Here, the Court sees no such need.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion to alter or amend is DENIED.

cc: Counsel of Record